CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Jennifer McAllister, Esq., SBN 283440
Dennis Price, Esq., SBN 279082
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
Chrisc@potterhandy.com

Attorneys for Plaintiff SCOTT JOHNSON

CRIS C. VAUGHAN (SBN 99568)
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (916) 660-9401
Facsimile: (916) 660-9378
cvaughan@adasolutionsgroup.com

Attorney for Defendant NITIN KUMAR,
as Trustee of the Nikhail D. Kumar Trust
dated December 17, 1997

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>Plaintiff,<br><br>v.<br><br>**Nitin Kumar**, in individual and representative capacity as trustee of The Nikhail D. Kumar Trust dated December 17, 1997; and Does 1-10,<br><br>Defendants. | Case No.: 5:19-CV-00551-SVK<br><br>**Joint Stipulation To Extend Site Inspection Deadline**<br><br>HON. SUSAN VAN KEULEN |

COME NOW THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, STIPULATE, AS FOLLOWS:

1. WHEREAS, pursuant to the Court's January 31, 2019 Scheduling Order, the deadline to hold the joint inspection of the premises is May 16, 2019;

2. WHEREAS, the parties are unavailable to conduct the joint site inspection by May 16, 2019 due to scheduling conflicts and therefore the parties require additional time;

3. WHEREAS, the parties have set the joint site inspection on June 6, 2019;

4. WHEREFORE, it is hereby stipulated and requested that the deadline to conduct the joint site inspection shall be extended to and include June 6, 2019. The parties request all other dates that are calculated based on the inspection date will be adjusted accordingly.

IT IS SO STIPULATED.

Dated: May 16, 2019            CENTER FOR DISABILITY ACCESS

By: /s/ Chris Carson
Chris Carson, Esq.
Attorney for Plaintiff

Dated: May 16, 2019            VAUGHAN & ASSOCIATES

By: /s/ Cris C. Vaughan
Cris C. Vaughan, Esq.
Attorney for Defendant

# SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: May 16, 2019                    By: /s/ Chris Carson
                                           Chris Carson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

        Plaintiff,

v.

**Nitin Kumar**, in individual and representative capacity as trustee of The Nikhail D. Kumar Trust dated December 17, 1997; and Does 1-10,

        Defendants.

Case: No. 5:19-CV-00551-SVK

[proposed] **ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and include June 6, 2019.
2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: May 17, 2019

_____
HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

1

ORDER Granting Joint Stipulation        Case No. 5:19-CV-00551-SVK