UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br> v.<br><br>NITIN KUMAR,<br><br>   Defendant. | Case No. 19-cv-00551-SVK<br><br>**NOTICE OF ERRONEOUS FILING**<br><br>Re: Dkt. No. 34 |

On January 30, 2020, the Court issued a Clerk's Notice instructing the parties to file a notice of settlement by February 6, 2020. Dkt. 33. Scott Johnson ("Plaintiff") subsequently filed a notice of settlement and a proposed order. Dkts. 34, 34-1. The captions on both documents contain a different plaintiff and a different case altogether. *Id*. Accordingly, the Court **ORDERS** Plaintiff to correct its erroneous filings. The **February 6, 2020** deadline by which to file the notice of settlement remains in place.

**SO ORDERED.**

Dated: January 30, 2020

SUSAN VAN KEULEN
United States Magistrate Judge